# MICHAEL FAILLACE & ASSOCIATES, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/18

February 23, 2018

**VIA ECF**

Hon. Paul G. Gardephe
United States District Judge
United States District Court
40 Foley Square
New York, NY 10007

Re: **Carrera, et al. v. Olio Restaurants LLC, et al.**
Case No. 17-cv-5714-PGG

MEMO ENDORSED

The Parties' Settlement Agreement is approved by the Court. The parties will submit a stipulation of discontinuance by April 10, 2018.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.
April 3, 2018

Your Honor,

We are counsel for Plaintiffs in the above-mentioned matter. We write pursuant to Your Honor's Order dated February 16, 2018 (Docket # 31) to provide additional information requested by the Court in relation to the fairness of the parties' settlement.

### Settlement Amount

Both parties believe that the settlement amount is fair and reasonable. This action was originally brought by Plaintiffs for alleged unpaid regular and overtime wages, spread of hours premiums, liquidated damages, interest, attorneys' fees and costs under Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*, and the New York Labor Law ("NYLL").

Plaintiff Mario Carrera ("Plaintiff Carrera") alleges that he was formerly employed as a delivery person by Defendants from approximately April 2015 until on or about March 16, 2017. He alleges that he typically worked 31.25 hours per week (5 days a week). From approximately April 2015 until on or about February 2017, Plaintiff Carrera alleges that Defendants paid him $35 per day in cash. From approximately February 2017 until on or about March 16, 2017, Plaintiff Carrera alleges that he was paid $45 per day by check ($7.50 per hour but only for the first 30 hours).

Plaintiff Jose Luis Calpeno Guevara ("Plaintiff Calpeno") alleges that he was formerly employed by Defendants as a delivery worker from approximately March 2016 until on or about March 20, 2017. He alleges he typically worked 22 hours per week (3 days per week). From approximately March 20, 2016 until on or about February 2017, Plaintiff Calpeno alleges he was paid $35 in cash per day. From approximately March 2017 until on or about March 20, 2017, Plaintiff Calpeno alleges Defendants paid him $45 per day in cash.

Defendants deny all of Plaintiffs' allegations of unlawful practices and policies. Defendants dispute Plaintiffs' allegations for both the hours worked and the hourly rate.

February 23, 2018
Page 2

If Plaintiff Carrera was to prevail on all of his FLSA claims, his unpaid wages and overtime premiums, exclusive of liquidated damages, would total approximately $34,479.26. *See* Plaintiffs' Damages Calculations attached hereto as **Exhibit A**. In Plaintiffs' Damages Calculations, the "Lawful Weekly Pay" column is calculated by taking the legal minimum wage for each specified time period and multiplying that by the number of hours Plaintiff Carrera worked each week. The Column labeled "Credited weekly pay" is the amount of money per week that Plaintiff Carrera actually received from Defendants. After taking the "Lawful weekly pay" and subtracting the "Credited Weekly Pay," that gets the "Underpayment per week" which is then multiplied by the number of weeks in the pay period to get the "Unpaid Wages & OT." For Plaintiff Carrera, his unpaid wages & OT amounts to $10,545.31.

If Plaintiff Calpeno was to prevail on all of his FLSA claims, his unpaid wages and overtime premiums, exclusive of liquidated damages, would total approximately $22,058.55. *See* Plaintiffs' Damages Calculations attached hereto as **Exhibit A**. In Plaintiffs' Damages Calculations, the "Lawful Weekly Pay" column is calculated by taking the legal minimum wage for a specified time period times the number of hours Plaintiff Calpeno worked each week. The Column labeled "Credited weekly pay" is the amount of money per week that Plaintiff Carrera actually received from Defendants. After taking the "Lawful weekly pay" and subtracting the "Credited Weekly Pay," that gets the "Underpayment per week" which is then multiplied by the number of weeks in the pay period to get the "Unpaid Wages & OT." For Plaintiff Calpeno, his unpaid wages & OT amounts to $5,416.

Both Parties are confident that they can prove their allegations through witness testimonies and documentary evidence. Nevertheless, the parties agreed on the settlement amount of $25,000.00 in order to avoid potentially significant and unanticipated burdens and expenses in establishing their respective positions.

The gross settlement amount is $25,000.00, inclusive of Plaintiff's counsel's attorneys' fees and costs. This reflects a reasonable compromise between the parties' dispute over Defendants' alleged failure to pay minimum wages, overtime compensation, and spread of hours pay. This amount also considers the costs and the uncertainty of protracted litigation. This settlement was reached after extensive negotiations between the parties' attorneys and the parties agree that the settlement is fair and reasonable.

### Attorney Fees

The Parties respectfully refer the Court to the Fairness Letter dated February 8, 2018 for the details on Plaintiffs' Counsel's attorney fees and costs.

Counsel for Plaintiffs and Defendants respectfully submit that the Settlement Agreement is fair and reasonable, and therefore jointly request that the Court approve or so order the Settlement Agreement.

Case 1:17-cv-05714-PGG   Document 33   Filed 04/03/18   Page 3 of 5
Case 1:17-cv-05714-PGG   Document 32   Filed 02/23/18   Page 3 of 6

February 23, 2018
Page 3

                          Respectfully submitted,

                          MICHAEL FAILLACE & ASSOCIATES, P.C.

                          /s/ Michael Faillace
                          Michael Faillace, Esq.

cc:    Defendants (via Electronic Mail)

Privileged Settlement Communication                                                                                              Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days Per Wk In Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT | Liq. Damages on Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mario Carrera | 4/1/2015 | 12/30/2015 | 39 | 31.25 | 0 | $ 4.38 | $ 6.56 | $ 8.75 | $ 13.13 | $ 273.44 | $ 175.00 | $ 98.44 | $ 3,839.06 | $ 3,839.06 |
| | 12/31/2015 | 12/30/2016 | 52 | 31.25 | 0 | $ 4.38 | $ 6.56 | $ 9.00 | $ 13.50 | $ 281.25 | $ 175.00 | $ 106.25 | $ 5,525.00 | $ 5,525.00 |
| | 12/31/2016 | 2/15/2017 | 7 | 31.25 | 0 | $ 4.38 | $ 6.56 | $ 11.00 | $ 16.50 | $ 343.75 | $ 175.00 | $ 168.75 | $ 1,181.25 | $ 1,181.25 |
| | 2/16/2017 | 3/16/2017 | 4 | 31.25 | 0 | $ 5.63 | $ 8.44 | $ 11.00 | $ 16.50 | $ 343.75 | $ 225.00 | $ 118.75 | $ 475.00 | $ 475.00 |
| | | | | | | | | | | | | | $ 10,545.31 | $ 10,545.31 |
| Jose Luis Calpeno Gnevara | 3/1/2016 | 12/30/2016 | 43 | 22 | 0 | $ 2.63 | $ 3.94 | $ 9.00 | $ 13.50 | $ 198.00 | $ 105.00 | $ 93.00 | $ 3,999.00 | $ 3,999.00 |
| | 12/31/2016 | 2/28/2017 | 8 | 22 | 0 | $ 2.63 | $ 3.94 | $ 11.00 | $ 16.50 | $ 242.00 | $ 105.00 | $ 137.00 | $ 1,096.00 | $ 1,096.00 |
| | 3/1/2017 | 3/20/2017 | 3 | 22 | 0 | $ 3.38 | $ 5.06 | $ 11.00 | $ 16.50 | $ 242.00 | $ 135.00 | $ 107.00 | $ 321.00 | $ 321.00 |
| | | | | | | | | | | | | | $ 5,416.00 | $ 5,416.00 |
| | | | | | | | | | | | | TOTAL: | $ 15,961.31 | $ 15,961.31 |

1. This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2. Plaintiffs reserve the right to correct or amend this chart.
3. This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

Privileged Settlement Communication                                                                                                                          Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Tools of the Trade | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|---|
| Mario Carrera | 4/1/2015 | 12/30/2015 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 872.98 | $ - | $ 1,580.00 | $ 20,131.10 |
|  | 12/31/2015 | 12/30/2016 | $ - | $ - |  |  | $ 820.40 | $ - |  | $ 11,870.40 |
|  | 12/31/2016 | 2/15/2017 | $ - | $ - |  |  | $ 115.26 | $ - |  | $ 2,477.76 |
|  | 2/16/2017 | 3/16/2017 |  |  |  |  | $ 41.90 |  |  | $ 991.90 |
|  |  |  | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 1,808.63 | $ - | $ 1,580.00 | $ 34,479.26 |
|  |  |  |  |  |  |  |  |  |  |  |
| Jose: Luis Calpeno Guevara | 3/1/2016 | 12/30/2016 | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 563.73 | $ - | $ 530.00 | $ 19,091.73 |
|  | 12/31/2016 | 2/28/2017 | $ - | $ - |  |  | $ 105.18 |  |  | $ 2,297.18 |
|  | 3/1/2017 | 3/20/2017 | $ - | $ - |  |  | $ 27.64 | $ - |  | $ 669.64 |
|  |  |  | $ - | $ - | $ 5,000.00 | $ 5,000.00 | $ 696.55 | $ - | $ 530.00 | $ 22,058.55 |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  | $ - | $ - | $ 10,000.00 | $ 10,000.00 | $ 2,505.19 | $ - | $ 2,110.00 | $ 56,537.81 |

|  |  |
|---|---|
| Filing Date | 7/27/2017 |
| FLSA | 7/27/2014 |
| NYLL | 7/27/2011 |
| Amendment | 4/9/2011 |
| Today | 2/22/2018 |