UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

MARIO CARRERA and JOSE LUIS CALEPNO
GUEVARA, *individually and on behalf of others
similarly situated,*

17-cv-5714-PGG

**STIPULATION OF
DISMISSAL**

, *Plaintiffs,*

-against-

OLIO RESTAURANTS LLC (d/b/a OLIO E PIU),
WHYNOT MY WAY LLC (d/b/a DOMINIQUE
BISTRO), EMIL STEFKOV, and DOMINICK PEPE,

*Defendants*

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/18

IT IS HEREBY STIPULATED and agreed, by and between the undersigned attorneys for Plaintiffs and individual defendant Emil Stefkov on behalf of all Defendants, that the above action shall be dismissed with prejudice, and without costs, expenses, disbursements, and attorneys' fees.

By: _____
Sara Isaacson
Michael Faillace & Associates P.C.
60 East 42nd Street Suite 4510
New York, New York 10165
(212) 317-1200
Attorneys for Plaintiffs

Dated: 4/9, 2018

By: _____
Emil Stefkov
3 Greenwich Street
New York, NY 10014
(917) 767-3970

Dated: 4/9, 2018

SO ORDERED:

_____
Paul G. Gardephe

Dated: April 10, 2018